IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 13, 2007

Charles R. Fulbruge III
Clerk

No. 07-30114

MARINE ELECTRONICS SOLUTIONS INC; M E S INSTALLATIONS INC;
DONNA PENNEY; CLAY MAZYCK
            Plaintiffs - Appellees

    v.

DAVID DARR
            Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
No. 2:06-CV-3415

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    We AFFIRM the district court's Judgment of Permanent Injunction entered August 31, 2006, except insofar as it precludes defendant-appellant David Darr from litigating in state court his claim that the Marital Settlement Agreement is a binding shareholder agreement under Florida law. We have ordered that claim remanded to state court. The district court's permanent injunction is VACATED with respect to that claim.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED IN PART, VACATED IN PART.  Darr shall bear the costs of this appeal.